# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

143073 & (16)(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DANIEL ADAM BURWELL,
        Defendant-Appellant.
_____/

SC: 143073
COA: 302051
Ingham CC: 09-000660-FC

On order of the Court, the application for leave to appeal the March 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand and motion for appointment of counsel are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

t0829